GEHRLEIN TIRE COMPANY, a Corporation, Anthony J. Gehrlein, an Individual, Richard V. Gehrlein, an Individual, Robert T. Dolan, an Individual, and Michael Pillitteri, an Individual

v.

AMERICAN EMPLOYERS INSURANCE COMPANY, a Corporation, Appellant.

No. 15192.

United States Court of Appeals
Third Circuit.

Argued June 10, 1965.

Decided June 28, 1965.

Thomas E. Doyle, Erie, Pa., for appellant.

William W. Knox, Knox, Pearson & McLaughlin, Erie, Pa. (William E. Pfadt, Blass & Pfadt, Erie, Pa., on the brief), for appellees.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The Order for Judgment of the District Court entered November 25, 1964, will be affirmed for the reasons so well-stated by Judge Willson in his Memorandum and Order dated November 6, 1964, 243 F.Supp. 577.

Oral BUSSEY and Hazel Bussey, Appellants,

v.

CENTRAL MUTUAL INSURANCE COMPANY, Appellee.

No. 19665.

United States Court of Appeals
Ninth Circuit.

Aug. 5, 1965.

John E. Barbeau, Sacramento, Cal., for appellants.

James P. Shovlin, Jr., Cyril Viadro, San Francisco, Cal., for appellee.

Before BARNES, MERRILL and BROWNING, Circuit Judges.

PER CURIAM:

This cause came on to be heard on the record on appeal from the United States District Court for the Northern District of California, Northern Division, and was argued by counsel.

On consideration whereof, it is ordered and adjudged by this Court that the judgment of the District Court appealed from in this cause be, and it is hereby, affirmed.